NUMBER 13-00-549-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


VIE DANSANTE BROADCASTING, INC.
, Appellant,


v.



SENDERO MULTIMEDIA, INC.
, Appellee.

____________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam


 Appellant, VIE DANSANTE BROADCASTING, INC., perfected an
appeal from an order entered by the 92nd District Court of Hidalgo
County, Texas, in cause number C-960-00-A. After the record and
appellant's brief were filed, appellant filed an unopposed motion to
dissolve the temporary injunction and dismiss the appeal. Appellant
requests that this Court dissolve the temporary injunction and dismiss
the appeal as moot.

 The Court, having considered the documents on file and
appellant's unopposed motion to dissolve the temporary injunction and
dismiss the appeal, is of the opinion that the motion should be granted. 
Appellant's motion is granted. The temporary injunction is ordered
DISSOLVED, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of December, 2000.